# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| TJ CONSTRUCTION SERVICES, INC. | § | Case No. 09-21634 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/15/2009 . The undersigned trustee was appointed on 06/16/2009 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 91,046.58 |

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 2,886.39 |
| Bank service fees | 578.28 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

| | | |
|---|---|---|
| Leaving a balance on hand of[1] | $ | 87,581.91 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/16/2009 and the deadline for filing governmental claims was 10/16/2009 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 7,802.33 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 7,802.26 , for a total compensation of $ 7,802.26 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 210.19 , for total expenses of $ 210.19 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/17/2012 _____    By: /s/MICHAEL G. BERLAND _____
                                                 Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| | |
|---|---|
| Case No: | 09-21634   BL   Judge: Bruce W. Black |
| Case Name: | TJ CONSTRUCTION SERVICES, INC. |
| For Period Ending: | 05/17/12 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Date Filed (f) or Converted (c): | 06/15/09 (f) |
| 341(a) Meeting Date: | 08/10/09 |
| Claims Bar Date: | 10/16/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Checking-Suburban Trust-scheduled | 800.00 | 753.75 | | 1,553.75 | FA |
| 2. Checking-Great Lakes-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 3. CD-Great Lakes - for City Of Chicago-scheduled | 25,000.00 | 0.00 | | 25,463.81 | FA |
| 4. 9 vehicles-scheduled | 87,000.00 | 34,900.00 | | 34,900.00 | FA |
| The debtor listed the following vehicles 1998 Dodge-$4000; Bobko<br>trailer-$4500; 1991 Lowboy Trailer-$11,500; 2002 Tag Trailer-$5000;<br>1998 Service truck-$25,000;1996 Dodge Ram-$1000; 1991<br>Kenworth-$10,000;2006,1998 Mac trailer  Dump truck(amended<br>shcedules) | | | | | |
| 5. Miscellenous desks, chairs etc-schedueld | 1,000.00 | 0.00 | DA | 0.00 | FA |
| trustee's auctioneer determined this asset had no vlaaue and could not be<br>auctioned. | | | | | |
| 6. Ricoh Printer-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 7. Estimated accounts receivablesscheduled | 42,616.00 | 15,563.10 | DA | 15,563.10 | FA |
| All uncollected accoutns receivabels are abandoned at closing | | | | | |
| 8. Insurance cancellation premium-unscheduled (u) | 1,306.00 | 1,306.00 | | 4,591.85 | FA |
| 9. 2006 Chevrolet Silverado-scheduled | 16,000.00 | 8,904.84 | | 8,904.84 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 69.23 | Unknown |

| | | | | |
|---|---|---|---|---|
| | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $173,722.00 | $61,427.69 | $91,046.58 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee filed a Motion to Employ Auctioneer And To Hold A Public Auction Sale and the sale was hlred. The Trustee

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 09-21634    BL   Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | TJ CONSTRUCTION SERVICES, INC. | Date Filed (f) or Converted (c): | 06/15/09 (f) |
| | | 341(a) Meeting Date: | 08/10/09 |
| | | Claims Bar Date: | 10/16/09 |

has employed an accountant to file tax returns. Tax returns have been filed. The Trsutee will file his Final Repport in 2012

Initial Projected Date of Final Report (TFR): 12/31/09      Current Projected Date of Final Report (TFR): 12/31/12

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 09-21634 -BL |
| Case Name: | TJ CONSTRUCTION SERVICES, INC. |
| | |
| Taxpayer ID No: | *******2474 |
| For Period Ending: | 05/17/12 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******6065  Money Market Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312225506065 | Wire in from JPMorgan Chase Bank, N.A. account 312225506065 | 9999-000 | 79,704.83 | | 79,704.83 |
| 04/12/10 | 9 | GMAC | Surplus from GMAC over lien from auction sale DEPOSIT CHECK #286798 | 1129-000 | 8,904.84 | | 88,609.67 |
| 04/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 4.12 | | 88,613.79 |
| 05/28/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 5.27 | | 88,619.06 |
| 06/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 5.10 | | 88,624.16 |
| 07/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 5.27 | | 88,629.43 |
| 08/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 5.26 | | 88,634.69 |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.18 | | 88,636.87 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.25 | | 88,639.12 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.18 | | 88,641.30 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.25 | | 88,643.55 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.25 | | 88,645.80 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.04 | | 88,647.84 |
| 03/22/11 | 011002 | Gloria Longest | Payment of accountant per court order | 3410-000 | | 500.00 | 88,147.84 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.25 | | 88,150.09 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.17 | | 88,152.26 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.24 | | 88,154.50 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.72 | | 88,155.22 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.74 | | 88,155.96 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.74 | | 88,156.70 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 205.30 | 87,951.40 |
| 09/07/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -175.11 | 88,126.51 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.72 | | 88,127.23 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 181.00 | 87,946.23 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.74 | | 87,946.97 |
| | | | Page Subtotals | | 88,658.16 | 711.19 | |

LFORM24   UST Form 101-7-TFR (5/1/2011) (Page: 5)

Ver: 16.06a

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| | | |
|---|---|---|
| Case No: | 09-21634 -BL | |
| Case Name: | TJ CONSTRUCTION SERVICES, INC. | |
| | | |
| Taxpayer ID No: | *******2474 | |
| For Period Ending: | 05/17/12 | |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******6065 Money Market Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 174.69 | 87,772.28 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.72 | | 87,773.00 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 192.40 | 87,580.60 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.74 | | 87,581.34 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 179.95 | 87,401.39 |
| 01/03/12 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -179.95 | 87,581.34 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.57 | | 87,581.91 |
| 01/25/12 | | Transfer to Acct #*******5007 | Bank Funds Transfer | 9999-000 | | 87,581.91 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 88,660.19 | 88,660.19 | 0.00 |
| Less: Bank Transfers/CD's | | 79,704.83 | 87,581.91 | |
| Subtotal | | 8,955.36 | 1,078.28 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 8,955.36 | 1,078.28 | |

Page Subtotals    2.03      87,949.00

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

| | |
|---|---|
| Case No: | 09-21634 -BL |
| Case Name: | TJ CONSTRUCTION SERVICES, INC. |
| Taxpayer ID No: | *******2474 |
| For Period Ending: | 05/17/12 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******6066 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 16.06a

FORM 2

Page: 4

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 09-21634 -BL |
| Case Name: | TJ CONSTRUCTION SERVICES, INC. |
| Taxpayer ID No: | *******2474 |
| For Period Ending: | 05/17/12 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | JPMorgan Chase Bank, N.A. |
| Account Number / CD #: | *******6065 Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/20/09 | 4 | American Auction Associates | Gross auction proceeds DEPOSIT CHECK #4422 | 1129-000 | 34,900.00 | | 34,900.00 |
| 08/20/09 | 1 | Suburban Bank & Trust | Close out of acount DEPOSIT CHECK #2025 | 1129-000 | 1,553.75 | | 36,453.75 |
| 08/20/09 | 8 | Iowa Mutual Insurance | Bond cancellation preimium | 1229-000 | 1,306.00 | | 37,759.75 |
| 08/20/09 | 7 | Novak Construction | Payment of A/R DEPOSIT CHECK #132977 | 1121-000 | 5,268.60 | | 43,028.35 |
| 08/20/09 | 7 | Citibank | Payment of credit balance DEPOSIT CHECK #7860004181 | 1121-000 | 13.91 | | 43,042.26 |
| 08/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.46 | | 43,042.72 |
| 09/08/09 | 7 | Guarantee Interiors | Payment of account receivable DEPOSIT CHECK #7994 | 1121-000 | 8,148.59 | | 51,191.31 |
| 09/08/09 | 7 | Chicago Title & Trust | Payment of Trapani account receivable DEPOSIT CHECK #970703234 | 1121-000 | 2,132.00 | | 53,323.31 |
| 09/14/09 | 001001 | American Auction Services | Payment of auctioneer expenses | 3620-000 | | 2,386.39 | 50,936.92 |
| 09/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.01 | | 50,938.93 |
| 10/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.07 | | 50,941.00 |
| 11/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.14 | | 50,943.14 |
| 12/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.14 | | 50,945.28 |
| 01/07/10 | 3 | Great lakes Bank of Choice | Return of bond with City Of Chicago DEPOSIT CHECK #72585 | 1129-000 | 25,463.81 | | 76,409.09 |
| 01/07/10 | 8 | Iowa Mutual Insurance Company | Return of insurance preimium DEPOSIT CHECK #15347 | 1229-000 | 3,285.85 | | 79,694.94 |
| 01/29/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.75 | | 79,697.69 |
| 02/26/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.03 | | 79,700.72 |
| 03/31/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.57 | | 79,704.29 |
| 04/06/10 | INT | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% JPMORGAN CHASE BANK, N.A. | 1270-000 | 0.54 | | 79,704.83 |
| | | | Page Subtotals | | 82,091.22 | 2,386.39 | |

LFORM24    UST Form 101-7-TFR (5/1/2011) (Page: 8)

Ver: 16.06a

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 09-21634 -BL |
| Case Name: | TJ CONSTRUCTION SERVICES, INC. |
| | |
| Taxpayer ID No: | *******2474 |
| For Period Ending: | 05/17/12 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | JPMorgan Chase Bank, N.A. |
| Account Number / CD #: | *******6065  Money Market Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/06/10 | | Wire out to BNYM account 000225506065 | Wire out to BNYM account 000225506065 | 9999-000 | | 79,704.83 | 0.00 |

|  | COLUMN TOTALS | 82,091.22 | 82,091.22 | 0.00 |
|---|---|---|---|---|
| | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 82,091.22 | 82,091.22 | |
| | Less:  Payments to Debtors | | 0.00 | |
| | Net | 82,091.22 | 82,091.22 | |

Page Subtotals        0.00        79,704.83

Ver: 16.06a

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 6

Exhibit B

| | | |
|---|---|---|
| Case No: | 09-21634 -BL | |
| Case Name: | TJ CONSTRUCTION SERVICES, INC. | |
| | | |
| Taxpayer ID No: | *******2474 | |
| For Period Ending: | 05/17/12 | |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | JPMorgan Chase Bank, N.A. |
| Account Number / CD #: | *******6066  Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 |
| Subtotal | 0.00 | 0.00 |
| Less:  Payments to Debtors | | 0.00 |
| Net | 0.00 | 0.00 |

Column total balance: 0.00

Page Subtotals        0.00        0.00

FORM 2

Page: 7

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 09-21634 -BL |
| Case Name: | TJ CONSTRUCTION SERVICES, INC. |
| | |
| Taxpayer ID No: | *******2474 |
| For Period Ending: | 05/17/12 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******5007 Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******6065 | Bank Funds Transfer | 9999-000 | 87,581.91 | | 87,581.91 |

| | | | | |
|---|---|---|---|---|
| | COLUMN TOTALS | 87,581.91 | 0.00 | 87,581.91 |
| | Less: Bank Transfers/CD's | 87,581.91 | 0.00 | |
| Subtotal | | 0.00 | 0.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| Net | | 0.00 | 0.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account - *******6065 | 8,955.36 | 1,078.28 | 0.00 |
| Checking Account - *******6066 | 0.00 | 0.00 | 0.00 |
| Money Market Account - *******6065 | 82,091.22 | 82,091.22 | 0.00 |
| Checking Account - *******6066 | 0.00 | 0.00 | 0.00 |
| Checking Account - *******5007 | 0.00 | 0.00 | 87,581.91 |
| | 91,046.58 | 83,169.50 | 87,581.91 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     87,581.91     0.00

Ver: 16.06a

| Page 1 | | EXHIBIT C | | | | Date: May 17, 2012 |
|---|---|---|---|---|---|---|
| | | ANALYSIS OF CLAIMS REGISTER | | | | |

Case Number: 09-21634
Debtor Name: TJ CONSTRUCTION SERVICES, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 200<br>2200-00 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL 60602 | Administrative | | $0.00 | $210.19 | $210.19 |
| 200<br>2100-00 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL 60602 | Administrative | | $0.00 | $7,802.26 | $7,802.26 |
| 1P<br>570<br>5800-00 | Midwest Operating Engineers Welfare Fund<br>c/o Jennifer L. Dunitz-Geiringer/Baum Si<br>200 W. Adams Street, Suite 2200<br>Chicago, IL 60606-5231 | Priority | | $0.00 | $12,420.00 | $12,420.00 |
| 2P<br>570<br>5800-00 | Midwest Operating Engineers Pension Trust Fund<br>c/o Jennifer L. Dunitz-Geiringer/Baum Si<br>200 W. Adams Street, Suite 2200<br>Chicago, IL 60606-5231 | Priority | | $0.00 | $7,860.00 | $7,860.00 |
| 3P<br>570<br>5800-00 | Midwest Operating Engineers Retirement Enhancement<br>c/o Jennifer L. Dunitz-Geiringer/Baum Si<br>200 W. Adams Street, Suite 2200<br>Chicago, IL 60606-5231 | Priority | | $0.00 | $600.00 | $600.00 |
| 4P<br>570<br>5800-00 | Operating Engineers Local 150 Apprenticeship<br>c/o Jennifer L. Dunitz-Geiringer/Baum Si<br>200 W. Adams Street, Suite 2200<br>Chicago, IL 60606-5231 | Priority | | $0.00 | $1,200.00 | $1,200.00 |
| 8P<br>575<br>5800-00 | Department Of The Treasury<br>Internal Revenue Service<br>POB 7346<br>Phailadelphia, PA 19101-7346 | Priority | | $0.00 | $153,487.27 | $0.00 |
| 8P-2<br>575<br>5800-00 | Department Of The Treasury<br>Internal Revenue Service<br>POB 7346<br>Phailadelphia, PA 19101-7346 | Priority | | $0.00 | $153,487.27 | $153,487.27 |
| 13<br>570<br>5800-00 | Laborers Pension & Welfare Fund<br>1111 W. Jackson Blvd., Ste. 1415<br>Chicago, IL 60604 | Priority | | $0.00 | $18,513.33 | $18,513.33 |

| Page 2 | | EXHIBIT C | | Date: May 17, 2012 | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | ANALYSIS OF CLAIMS REGISTER | | | | |

Case Number:  09-21634

Debtor Name:  TJ CONSTRUCTION SERVICES, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| --- | --- | --- | --- | --- | --- | --- |
| 15P<br>575<br>5800-00 | Illinois Department of Employment<br>Security<br>33 South State Street<br>Attn: Bankruptcy Unit - 10th flr.<br>Chicago, IL  60603 | Priority | | $0.00 | $4,610.14 | $4,610.14 |
| 1U<br>610<br>7100-00 | Midwest Operating Engineers Welfare<br>Fund<br>c/o Jennifer L. Dunitz-Geiringer/Baum<br>Si<br>200 W. Adams Street, Suite 2200<br>Chicago, IL  60606-5231 | Unsecured | | $0.00 | $66,020.19 | $66,020.19 |
| 2U<br>610<br>7100-00 | Midwest Operating Engineers Pension<br>Trust Fund<br>c/o Jennifer L. Dunitz-Geiringer/Baum<br>Si<br>200 W. Adams Street, Suite 2200<br>Chicago, IL  60606-5231 | Unsecured | | $0.00 | $41,976.90 | $41,976.90 |
| 3U<br>610<br>7100-00 | Midwest Operating Engineers<br>Retirement Enhancement<br>c/o Jennifer L. Dunitz-Geiringer/Baum<br>Si<br>200 W. Adams Street, Suite 2200<br>Chicago, IL  60606-5231 | Unsecured | | $0.00 | $3,164.48 | $3,164.48 |
| 4U<br>610<br>7100-00 | Operating Engineers Local 150<br>Apprenticeship<br>c/o Jennifer L. Dunitz-Geiringer/Baum<br>Si<br>200 W. Adams Street, Suite 2200<br>Chicago, IL  60606-5231 | Unsecured | | $0.00 | $6,389.38 | $6,389.38 |
| 5<br>610<br>7100-00 | I.U.O.E. Local 150 Vacation Savings<br>Fund<br>c/o Jennifer L. Dunitz-Geiringer/Baum<br>Si<br>200 W. Adams Street, Suite 2200<br>Chicago, IL  60606-5231 | Unsecured | | $0.00 | $8,256.04 | $8,256.04 |
| 6<br>610<br>7100-00 | M.O.E. Construction Industry Research<br>& Trust<br>c/o Jennifer L. Dunitz-Geiringer/Baum<br>Si<br>200 W. Adams Street, Suite 2200<br>Chicago, IL  60606-5231 | Unsecured | | $0.00 | $1,580.51 | $1,580.51 |
| 7<br>610<br>7100-00 | Sunset Logistics, Llc<br>P.O. Box 1113<br>Crystal Lake, IL  60039 | Unsecured | | $0.00 | $8,681.25 | $8,681.25 |

| | EXHIBIT C | | | | | |
|---|---|---|---|---|---|---|
| Page 3 | ANALYSIS OF CLAIMS REGISTER | | | | | Date: May 17, 2012 |

Case Number:    09-21634
Debtor Name:    TJ CONSTRUCTION SERVICES, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 8U<br>610<br>7100-00 | Department Of The Treasury<br>Internal Revenue Service<br>POB 7346<br>Phailadelphia, PA 19101-7346 | Unsecured | | $0.00 | $58,342.13 | $0.00 |
| 8U-2<br>610<br>7100-00 | Department Of The Treasury<br>Internal Revenue Service<br>POB 7346<br>Phailadelphia, PA 19101-7346 | Unsecured | | $0.00 | $58,342.13 | $58,342.13 |
| 9<br>610<br>7100-00 | Navistar Financial Corp.<br>425 Martingale Rd., Ste. 1800<br>Schaumburg, IL 60173 | Unsecured | | $0.00 | $69,224.81 | $69,224.81 |
| 10<br>610<br>7100-00 | GENERAL ELECTRIC CAPITAL<br>CORP<br>1010 THOMAS EDISON BLVD SW<br>CEDAR RAPIDS, IA 52404 | Unsecured | | $0.00 | $1,016.98 | $1,016.98 |
| 11<br>070<br>7100-00 | Colonial Pacific Leasing Corporation<br>c/o Aaron B Chapin Reed Smith LLP<br>10 South Wacker Drive 40th Floor<br>Chicago, IL 60606 | Unsecured | | $0.00 | $10,399.81 | $10,399.81 |
| 12<br>610<br>7100-00 | Hanson Aggregates, Inc.<br>23583 Network Pl.<br>Chicago, IL 60673 | Unsecured | | $0.00 | $20,951.28 | $20,951.28 |
| 14<br>620<br>7200-00 | John Deere Construction & Forestry<br>Company<br>Attn: Tim Rhoades<br>P.O. Box 6600<br>Johnston, IA 50131 | Unsecured | | $0.00 | $13,609.22 | $13,609.22 |
| 15U<br>620<br>7200-00 | Illinois Department of Employment<br>Security<br>33 South State Street<br>Attn: Bankruptcy Unit - 10th flr.<br>Chicago, IL 60603 | Unsecured | | $0.00 | $215.00 | $215.00 |
| | Case Totals: | | | $0.00 | $728,360.57 | $516,531.17 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-21634
Case Name: TJ CONSTRUCTION SERVICES, INC.
Trustee Name: MICHAEL G. BERLAND

Balance on hand                                          $           87,581.91

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $        7,802.26 | $          0.00 | $        7,802.26 |
| Trustee Expenses: MICHAEL G. BERLAND | $          210.19 | $          0.00 | $          210.19 |

Total to be paid for chapter 7 administrative expenses          $          8,012.45

Remaining Balance          $          79,569.46

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 198,690.74  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Midwest Operating Engineers Welfare Fund c/o Jennifer L. Dunitz-Geiringer/Baum Si 200 W. Adams Street, Suite 2200 Chicago, IL 60606-5231 | $  12,420.00 | $  0.00 | $  12,420.00 |
| 2P | Midwest Operating Engineers Pension Trust Fund c/o Jennifer L. Dunitz-Geiringer/Baum Si 200 W. Adams Street, Suite 2200 Chicago, IL 60606-5231 | $  7,860.00 | $  0.00 | $  7,860.00 |
| 3P | Midwest Operating Engineers Retirement Enhancement c/o Jennifer L. Dunitz-Geiringer/Baum Si 200 W. Adams Street, Suite 2200 Chicago, IL 60606-5231 | $  600.00 | $  0.00 | $  600.00 |
| 4P | Operating Engineers Local 150 Apprenticeship c/o Jennifer L. Dunitz-Geiringer/Baum Si 200 W. Adams Street, Suite 2200 Chicago, IL 60606-5231 | $  1,200.00 | $  0.00 | $  1,200.00 |
| 8P | Department Of The Treasury Internal Revenue Service POB 7346 Phailadelphia, PA 19101-7346 | $  0.00 | $  0.00 | $  0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8P-2 | Department Of The Treasury Internal Revenue Service POB 7346 Phailadelphia, PA 19101-7346 | $ 153,487.27 | $ 0.00 | $ 37,839.58 |
| 13 | Laborers Pension & Welfare Fund 1111 W. Jackson Blvd., Ste. 1415 Chicago, IL 60604 | $ 18,513.33 | $ 0.00 | $ 18,513.33 |
| 15P | Illinois Department of Employment Security 33 South State Street Attn: Bankruptcy Unit - 10th flr. Chicago, IL 60603 | $ 4,610.14 | $ 0.00 | $ 1,136.55 |

Total to be paid to priority creditors                      $ 79,569.46

Remaining Balance                                                 $ 0.00

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $ 296,003.76  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Midwest Operating Engineers Welfare Fund c/o Jennifer L. Dunitz-Geiringer/Baum Si 200 W. Adams Street, Suite 2200 Chicago, IL 60606-5231 | $ 66,020.19 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2U | Midwest Operating Engineers Pension Trust Fund c/o Jennifer L. Dunitz-Geiringer/Baum Si 200 W. Adams Street, Suite 2200 Chicago, IL  60606-5231 | $        41,976.90 | $              0.00 | $              0.00 |
| 3U | Midwest Operating Engineers Retirement Enhancement c/o Jennifer L. Dunitz-Geiringer/Baum Si 200 W. Adams Street, Suite 2200 Chicago, IL  60606-5231 | $          3,164.48 | $              0.00 | $              0.00 |
| 4U | Operating Engineers Local 150 Apprenticeship c/o Jennifer L. Dunitz-Geiringer/Baum Si 200 W. Adams Street, Suite 2200 Chicago, IL  60606-5231 | $          6,389.38 | $              0.00 | $              0.00 |
| 5 | I.U.O.E. Local 150 Vacation Savings Fund c/o Jennifer L. Dunitz-Geiringer/Baum Si 200 W. Adams Street, Suite 2200 Chicago, IL  60606-5231 | $          8,256.04 | $              0.00 | $              0.00 |
| 6 | M.O.E. Construction Industry Research & Trust c/o Jennifer L. Dunitz-Geiringer/Baum Si 200 W. Adams Street, Suite 2200 Chicago, IL  60606-5231 | $          1,580.51 | $              0.00 | $              0.00 |
| 7 | Sunset Logistics, Llc P.O. Box 1113 Crystal Lake, IL  60039 | $          8,681.25 | $              0.00 | $              0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8U | Department Of The Treasury Internal Revenue Service POB 7346 Phailadelphia, PA 19101-7346 | $ 0.00 | $ 0.00 | $ 0.00 |
| 8U-2 | Department Of The Treasury Internal Revenue Service POB 7346 Phailadelphia, PA 19101-7346 | $ 58,342.13 | $ 0.00 | $ 0.00 |
| 9 | Navistar Financial Corp. 425 Martingale Rd., Ste. 1800 Schaumburg, IL 60173 | $ 69,224.81 | $ 0.00 | $ 0.00 |
| 10 | GENERAL ELECTRIC CAPITAL CORP 1010 THOMAS EDISON BLVD SW CEDAR RAPIDS, IA 52404 | $ 1,016.98 | $ 0.00 | $ 0.00 |
| 11 | Colonial Pacific Leasing Corporation c/o Aaron B Chapin Reed Smith LLP 10 South Wacker Drive 40th Floor Chicago, IL 60606 | $ 10,399.81 | $ 0.00 | $ 0.00 |
| 12 | Hanson Aggregates, Inc. 23583 Network Pl. Chicago, IL 60673 | $ 20,951.28 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors        $_____0.00

Remaining Balance                                             $_____0.00

Tardily filed claims of general (unsecured) creditors totaling $ 13,824.22  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 14 | John Deere Construction & Forestry Company Attn: Tim Rhoades P.O. Box 6600 Johnston, IA  50131 | $         13,609.22 | $              0.00 | $              0.00 |
| 15U | Illinois Department of Employment Security 33 South State Street Attn: Bankruptcy Unit - 10th flr. Chicago, IL  60603 | $            215.00 | $              0.00 | $              0.00 |

Total to be paid to tardy general unsecured creditors          $              0.00

Remaining Balance                                             $              0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE