UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § § | |
| TJ CONSTRUCTION SERVICES, INC. | § § § | Case No. 09-21634 |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> CLERK OF THE COURT
> 219 S. Dearborn
> Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 07/27/2012 in Courtroom 201,
> Will County Court Annex Building
> 57 N. Ottawa Street, Suite 201, Joliet, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/20/2012                    By: /s/ Michael G. Berland
                                               Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

In re: §
§
TJ CONSTRUCTION SERVICES, INC. § Case No. 09-21634
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

The Final Report shows receipts of $

and approved disbursements of $

leaving a balance on hand of[1] $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ | $ | $ |
| Trustee Expenses: MICHAEL G. BERLAND | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses   $_____

Remaining Balance                                        $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Midwest Operating Engineers Welfare Fund<br>c/o Jennifer L. Dunitz-Geiringer/Baum Si<br>200 W. Adams Street, Suite 2200<br>Chicago, IL  60606-5231 | $ | $ | $ |
| 2P | Midwest Operating Engineers Pension Trust Fund<br>c/o Jennifer L. Dunitz-Geiringer/Baum Si<br>200 W. Adams Street, Suite 2200<br>Chicago, IL  60606-5231 | $ | $ | $ |
| 3P | Midwest Operating Engineers Retirement Enhancement<br>c/o Jennifer L. Dunitz-Geiringer/Baum Si<br>200 W. Adams Street, Suite 2200<br>Chicago, IL  60606-5231 | $ | $ | $ |
| 4P | Operating Engineers Local 150 Apprenticeship<br>c/o Jennifer L. Dunitz-Geiringer/Baum Si<br>200 W. Adams Street, Suite 2200<br>Chicago, IL  60606-5231 | $ | $ | $ |
| 8P | Department Of The Treasury<br>Internal Revenue Service<br>POB 7346<br>Phailadelphia, PA 19101-7346 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 8P-2 | Department Of The Treasury Internal Revenue Service POB 7346 Phailadelphia, PA 19101-7346 | $ | $ | $ |
| 13 | Laborers Pension & Welfare Fund 1111 W. Jackson Blvd., Ste. 1415 Chicago, IL  60604 | $ | $ | $ |
| 15P | Illinois Department of Employment Security 33 South State Street Attn: Bankruptcy Unit - 10th flr. Chicago, IL  60603 | $ | $ | $ |

Total to be paid to priority creditors   $_____

Remaining Balance   $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Midwest Operating Engineers Welfare Fund c/o Jennifer L. Dunitz-Geiringer/Baum Si 200 W. Adams Street, Suite 2200 Chicago, IL  60606-5231 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2U | Midwest Operating Engineers Pension Trust Fund<br>c/o Jennifer L. Dunitz-Geiringer/Baum Si<br>200 W. Adams Street, Suite 2200<br>Chicago, IL  60606-5231 | $ | $ | $ |
| 3U | Midwest Operating Engineers Retirement Enhancement<br>c/o Jennifer L. Dunitz-Geiringer/Baum Si<br>200 W. Adams Street, Suite 2200<br>Chicago, IL  60606-5231 | $ | $ | $ |
| 4U | Operating Engineers Local 150 Apprenticeship<br>c/o Jennifer L. Dunitz-Geiringer/Baum Si<br>200 W. Adams Street, Suite 2200<br>Chicago, IL  60606-5231 | $ | $ | $ |
| 5 | I.U.O.E. Local 150 Vacation Savings Fund<br>c/o Jennifer L. Dunitz-Geiringer/Baum Si<br>200 W. Adams Street, Suite 2200<br>Chicago, IL  60606-5231 | $ | $ | $ |
| 6 | M.O.E. Construction Industry Research & Trust<br>c/o Jennifer L. Dunitz-Geiringer/Baum Si<br>200 W. Adams Street, Suite 2200<br>Chicago, IL  60606-5231 | $ | $ | $ |
| 7 | Sunset Logistics, Llc<br>P.O. Box 1113<br>Crystal Lake, IL  60039 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 8U | Department Of The Treasury Internal Revenue Service POB 7346 Phailadelphia, PA 19101-7346 | $ | $ | $ |
| 8U-2 | Department Of The Treasury Internal Revenue Service POB 7346 Phailadelphia, PA 19101-7346 | $ | $ | $ |
| 9 | Navistar Financial Corp. 425 Martingale Rd., Ste. 1800 Schaumburg, IL  60173 | $ | $ | $ |
| 10 | GENERAL ELECTRIC CAPITAL CORP 1010 THOMAS EDISON BLVD SW CEDAR RAPIDS, IA 52404 | $ | $ | $ |
| 11 | Colonial Pacific Leasing Corporation c/o Aaron B Chapin Reed Smith LLP 10 South Wacker Drive 40th Floor Chicago, IL  60606 | $ | $ | $ |
| 12 | Hanson Aggregates, Inc. 23583 Network Pl. Chicago, IL  60673 | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____

Tardily filed claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 14 | John Deere Construction & Forestry Company<br>Attn: Tim Rhoades<br>P.O. Box 6600<br>Johnston, IA  50131 | $ | $ | $ |
| 15U | Illinois Department of Employment Security<br>33 South State Street<br>Attn: Bankruptcy Unit - 10th flr.<br>Chicago, IL  60603 | $ | $ | $ |

    Total to be paid to tardy general unsecured creditors      $_____

    Remaining Balance      $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Michael G. Berland
    Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.