UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                §
                                      §
TJ CONSTRUCTION SERVICES, INC.        §      Case No. 09-21634
                                      §
         Debtor(s)                    §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        CLERK OF THE COURT
        219 S. Dearborn
        Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 07/27/2012 in Courtroom 201,
        Will County Court Annex Building
        57 N. Ottawa Street, Suite 201, Joliet, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/20/2012        By: /s/ Michael G. Berland
                                                  Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
TJ CONSTRUCTION SERVICES, INC. § Case No. 09-21634
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 91,046.58 |
| and approved disbursements of | $ | 3,464.67 |
| leaving a balance on hand of[1] | $ | 87,581.91 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 7,802.26 | $ 0.00 | $ 7,802.26 |
| Trustee Expenses: MICHAEL G. BERLAND | $ 210.19 | $ 0.00 | $ 210.19 |
| Total to be paid for chapter 7 administrative expenses | | $ | 8,012.45 |
| Remaining Balance | | $ | 79,569.46 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 198,690.74 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Midwest Operating Engineers Welfare Fund<br>c/o Jennifer L. Dunitz-Geiringer/Baum Si<br>200 W. Adams Street, Suite 2200<br>Chicago, IL  60606-5231 | $        12,420.00 | $              0.00 | $        12,420.00 |
| 2P | Midwest Operating Engineers Pension Trust Fund<br>c/o Jennifer L. Dunitz-Geiringer/Baum Si<br>200 W. Adams Street, Suite 2200<br>Chicago, IL  60606-5231 | $          7,860.00 | $              0.00 | $          7,860.00 |
| 3P | Midwest Operating Engineers Retirement Enhancement<br>c/o Jennifer L. Dunitz-Geiringer/Baum Si<br>200 W. Adams Street, Suite 2200<br>Chicago, IL  60606-5231 | $             600.00 | $              0.00 | $             600.00 |
| 4P | Operating Engineers Local 150 Apprenticeship<br>c/o Jennifer L. Dunitz-Geiringer/Baum Si<br>200 W. Adams Street, Suite 2200<br>Chicago, IL  60606-5231 | $          1,200.00 | $              0.00 | $          1,200.00 |
| 8P | Department Of The Treasury<br>Internal Revenue Service<br>POB 7346<br>Phailadelphia, PA 19101-7346 | $                 0.00 | $              0.00 | $                 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 8P-2 | Department Of The Treasury Internal Revenue Service POB 7346 Phailadelphia, PA 19101-7346 | $ 153,487.27 | $ 0.00 | $ 37,839.58 |
| 13 | Laborers Pension & Welfare Fund 1111 W. Jackson Blvd., Ste. 1415 Chicago, IL  60604 | $ 18,513.33 | $ 0.00 | $ 18,513.33 |
| 15P | Illinois Department of Employment Security 33 South State Street Attn: Bankruptcy Unit - 10th flr. Chicago, IL  60603 | $ 4,610.14 | $ 0.00 | $ 1,136.55 |

|   |   |
|---|---|
| Total to be paid to priority creditors | $ 79,569.46 |
| Remaining Balance | $ 0.00 |

  The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

  Timely claims of general (unsecured) creditors totaling $ 296,003.76  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

  Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Midwest Operating Engineers Welfare Fund c/o Jennifer L. Dunitz-Geiringer/Baum Si 200 W. Adams Street, Suite 2200 Chicago, IL  60606-5231 | $ 66,020.19 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2U | Midwest Operating Engineers Pension Trust Fund<br>c/o Jennifer L. Dunitz-Geiringer/Baum Si<br>200 W. Adams Street, Suite 2200<br>Chicago, IL  60606-5231 | $ 41,976.90 | $ 0.00 | $ 0.00 |
| 3U | Midwest Operating Engineers Retirement Enhancement<br>c/o Jennifer L. Dunitz-Geiringer/Baum Si<br>200 W. Adams Street, Suite 2200<br>Chicago, IL  60606-5231 | $ 3,164.48 | $ 0.00 | $ 0.00 |
| 4U | Operating Engineers Local 150 Apprenticeship<br>c/o Jennifer L. Dunitz-Geiringer/Baum Si<br>200 W. Adams Street, Suite 2200<br>Chicago, IL  60606-5231 | $ 6,389.38 | $ 0.00 | $ 0.00 |
| 5 | I.U.O.E. Local 150 Vacation Savings Fund<br>c/o Jennifer L. Dunitz-Geiringer/Baum Si<br>200 W. Adams Street, Suite 2200<br>Chicago, IL  60606-5231 | $ 8,256.04 | $ 0.00 | $ 0.00 |
| 6 | M.O.E. Construction Industry Research & Trust<br>c/o Jennifer L. Dunitz-Geiringer/Baum Si<br>200 W. Adams Street, Suite 2200<br>Chicago, IL  60606-5231 | $ 1,580.51 | $ 0.00 | $ 0.00 |
| 7 | Sunset Logistics, Llc<br>P.O. Box 1113<br>Crystal Lake, IL  60039 | $ 8,681.25 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 8U | Department Of The Treasury Internal Revenue Service POB 7346 Phailadelphia, PA 19101-7346 | $ 0.00 | $ 0.00 | $ 0.00 |
| 8U-2 | Department Of The Treasury Internal Revenue Service POB 7346 Phailadelphia, PA 19101-7346 | $ 58,342.13 | $ 0.00 | $ 0.00 |
| 9 | Navistar Financial Corp. 425 Martingale Rd., Ste. 1800 Schaumburg, IL 60173 | $ 69,224.81 | $ 0.00 | $ 0.00 |
| 10 | GENERAL ELECTRIC CAPITAL CORP 1010 THOMAS EDISON BLVD SW CEDAR RAPIDS, IA 52404 | $ 1,016.98 | $ 0.00 | $ 0.00 |
| 11 | Colonial Pacific Leasing Corporation c/o Aaron B Chapin Reed Smith LLP 10 South Wacker Drive 40th Floor Chicago, IL 60606 | $ 10,399.81 | $ 0.00 | $ 0.00 |
| 12 | Hanson Aggregates, Inc. 23583 Network Pl. Chicago, IL 60673 | $ 20,951.28 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors          $          0.00

Remaining Balance                                              $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 13,824.22  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 14 | John Deere Construction & Forestry Company<br>Attn: Tim Rhoades<br>P.O. Box 6600<br>Johnston, IA  50131 | $    13,609.22 | $         0.00 | $         0.00 |
| 15U | Illinois Department of Employment Security<br>33 South State Street<br>Attn: Bankruptcy Unit - 10th flr.<br>Chicago, IL  60603 | $        215.00 | $         0.00 | $         0.00 |

|  |  |
|---|---|
| Total to be paid to tardy general unsecured creditors | $                0.00 |
| Remaining Balance | $                0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Michael G. Berland
                                                                Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 09-21634-BWB
TJ Construction Services, Inc.                                            Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mrahmoun          Page 1 of 4           Date Rcvd: Jun 22, 2012
                              Form ID: pdf006         Total Noticed: 64

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2012.
```
db          #+TJ Construction Services, Inc.,   16442 Cherry Creek Ct.,   Joliet, IL 60433-8453
14045539     +AT & T Midwest Regional Facilities,   909 Chestnut St., RM 39N13,   Saint Louis, MO 63101-3913
14045540    #+AT&T,   P.O. Box 8100,   Aurora, IL 60507-8100
14045535     +Airgas North Central,   2220 W. Jefferson,   Joliet, IL 60435-6512
14045536     +Allied Nursery,   3197 S. Chicago St.,   Joliet, IL 60436-8508
14045537     +Aramark,   4200 S. Halsted,   Ste. 603,   Chicago, IL 60609-2635
14045538     +Associate Area Counsel, SB/SE,   200 West Adams Street,   Ste. 2300,   Chicago, IL 60606-5231
14045541     +Baum, Sigman, Auerbach & Neuman,   200 W. Adams St.,   Ste. 2200,   Chicago, IL 60606-5231
14045542     +C Beyond,   320 Interstate North Pkwy.,   Atlanta, GA 30339-2205
14045544     +Chicago Office Technology Group,   4 Territorial Ct., Ste. S,   Bolingbrook, IL 60440-3558
14045543      Chicago Office Technology Group,   P.O. Box 5940,   Lock Box #20-COE001,   Carol Stream, IL 60197
14045546     +Chicago Street CCDD, LLC,   1127 S. Chicago St.,   Joliet, IL 60436-2904
14045547     +Chicago Tire, Inc.,   16001 S. VanDrunen Rd.,   South Holland, IL 60473-1284
14512201     +Colonial Pacific Leasing Corporation,   c/o Aaron B Chapin Reed Smith LLP,
               10 South Wacker Drive 40th Floor,   Chicago IL 60606-7506
14045549      ComED,   Bill Payment Center,   Joliet, IL 60433
14045550     +D. Patrick Mullarkey, Tax Division,   PO Box 55,   Ben Franklin Station,
               Washington, DC 20044-0055
14045552     +DeGroate Petroleum Service, Inc.,   441 DeGroate Rd.,   New Lenox, IL 60451-2912
14045551     +Dee N Dee Trucking,   9940 Clow Creek Rd.,   Plainfield, IL 60585-7528
14045553     +Filter Renu of IL, Inc.,   375 S. Locust St.,   Manteno, IL 60950-1603
14488037     +GENERAL ELECTRIC CAPITAL CORP,   1010 THOMAS EDISON BLVD SW,   CEDAR RAPIDS IA 52404-8247
14045554     +Gas City, Ltd.,   100 W. Oakley Ave.,   P.O. Box 85,   Lowell, IN 46356-0085
14045556     +Hanson Aggregates, Inc.,   23583 Network Pl.,   Chicago, IL 60673-1235
14045557     +I-Swan,   Advanced Proprietary Systems,   13055 W. Pauling Rd.,   Manhattan, IL 60442-9566
14154975      I.U.O.E. Local 150 Vacation Savings Fund,   c/o Jennifer L. Dunitz-Geiringer/Baum Si,
               200 W. Adams Street, Suite 2200,   Chicago, IL   60606-5231
14045559    ++ILLINOIS DEPARTMENT OF REVENUE,   P O BOX 64338,   CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,   Bankruptcy Section, Level 7-425,
               100 W. Randolph St.,   Chicago, IL 60601)
15420961     +Illinois Department of Employment Security,   33 South State Street,
               Chicago, Illinois 60603-2808,   Attn: Bankruptcy Unit - 10th flr.
14045560     +Illinois Tollway,   2700 Ogden Avenue,   Downers Grove, IL 60515-1703
14045562     +Ingersol Rand Financial Svcs.,   P.O. Box 6229,   Carol Stream, IL 60197-6229
14045565     +Iowa Mutual Group,   509 Ninth St.,   De Witt, IA 52742-1333
14045566     +Irvin Tractor Service, Inc.,   11601 S. Ridgeland Ave.,   Alsip, IL 60803-2467
14622353     +John Deere Construction & Forestry Company,   Attn: Tim Rhoades,   P.O. Box 6600,
               Johnston, IA 50131-6600
14045567     +John Deere Credit,   P.O. Box 4450,   Carol Stream, IL 60197-4450
14045569     +Laborers Pension & Welfare Fund,   1111 W. Jackson Blvd., Ste. 1415,   Chicago, IL 60607
14045570     +M.E.E., Inc.,   P.O. Box 812,   Frankfort, IL 60423-0812
14154976      M.O.E. Construction Industry Research & Trust,   c/o Jennifer L. Dunitz-Geiringer/Baum Si,
               200 W. Adams Street, Suite 2200,   Chicago, IL   60606-5231
14045571     +M.O.E. Fringe Benefit Fund,   6150 Joliet Rd.,   La Grange, IL 60525-3956
14045573     +Michael Silver & Co.,   5750 Old Orchard Rd.,   Ste. 200,   Skokie, IL 60077-4403
14045574     +Midwest Operating Engineers,   Attn: Delinquency Dept.,   6150 Joliet Rd.,
               La Grange, IL 60525-3994
14154972      Midwest Operating Engineers Pension Trust Fund,   c/o Jennifer L. Dunitz-Geiringer/Baum Si,
               200 W. Adams Street, Suite 2200,   Chicago, IL   60606-5231
14154973      Midwest Operating Engineers Retirement Enhancement,   c/o Jennifer L. Dunitz-Geiringer/Baum Si,
               200 W. Adams Street, Suite 2200,   Chicago, IL   60606-5231
14154971      Midwest Operating Engineers Welfare Fund,   c/o Jennifer L. Dunitz-Geiringer/Baum Si,
               200 W. Adams Street, Suite 2200,   Chicago, IL   60606-5231
14045575     +Miller Hydraulic Service, Inc.,   P.O. Box 422,   Manteno, IL 60950-0422
14045576     +Napa Auto Parts,   1110 E. Haven,   Unit #1,   New Lenox, IL 60451-4003
14045586     +Office of Fund Counsel,   c/o Patrick Wallace,   111 W. Jackson Blvd., Ste. 1415,
               Chicago, IL 60604-3868
14154974      Operating Engineers Local 150 Apprenticeship,   c/o Jennifer L. Dunitz-Geiringer/Baum Si,
               200 W. Adams Street, Suite 2200,   Chicago, IL   60606-5231
14584682     +Patrick T. Wallace,   Office of Fund Counsel,   Laborers Pension and Welfare Funds,
               111 W. Jackson Blvd., Suite 1415,   Chicago, IL 60604-3868
14045587     +Patten Industries,   635 W. Lake St.,   Elmhurst, IL 60126-1465
14045588    #+Pitney Bowes,   2115 Stanley Gault Pkwy.,   Louisville, KY 40223-6182
14045590     +Reliance Accounting,   11516 W. 183rd. St.,   Unit. NW,   Orland Park, IL 60467-9472
14098704     +Ritter, Mark,   538 East Illinois Hwy,   New Lenox IL 60451-2661
14045591     +Stony Tire, Inc.,   19870 Stoney Island Ave.,   Chicago Heights, IL 60411-8671
14045592     +Sunset Logistics, Llc,   P.O. Box 1113,   Crystal Lake, IL 60039-1113
14045594     +Taylor Bros. Construction Co., Inc.,   4555 Middle Rd.,   Columbus, IN 47203-1834
14045595     +United States Attorney,   219 S. Dearborn Street,   Chicago, IL 60604-1708
14045596     +Vandal Survey Systems, Inc.,   1204 W. Jefferson St.,   Joliet, IL 60435-6816
14045598     +Vulcan Construction Materials,   14999 Collections Dr.,   Chicago, IL 60693-0001
```

```
District/off: 0752-1           User: mrahmoun              Page 2 of 4                   Date Rcvd: Jun 22, 2012
                               Form ID: pdf006             Total Noticed: 64
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14045540     +E-mail/Text: gl7768@att.com Jun 22 2012 19:24:11      AT&T,   P.O. Box 8100,
               Aurora, IL 60507-8100
14045564      E-mail/Text: cio.bncmail@irs.gov Jun 22 2012 19:20:29       Department Of The Treasury,
               Internal Revenue Service,   POB 7346,   Phailadelphia, PA 19101-7346
14045555     +E-mail/Text: ally@ebn.phinsolutions.com Jun 22 2012 19:24:06       GMAC,   PO Box 9001951,
               Louisville, KY 40290-1951
14045563      E-mail/Text: cio.bncmail@irs.gov Jun 22 2012 19:20:29       Internal Revenue Service,
               PO Box 21126,   Philadelphia, PA 19114
14045568     +E-mail/Text: akrestel@cvldc.org Jun 22 2012 19:25:24       Laborers District Council,
               999 McClintock Dr.,   Ste. 300,   Willowbrook, IL 60527-0824
14045577     +E-mail/Text: EBN.Navistar@navistar.com Jun 22 2012 19:25:09       Navistar Financial Corp.,
               425 Martingale Rd., Ste. 1800,   Schaumburg, IL 60173-2216
14045584     +E-mail/Text: bankrup@nicor.com Jun 22 2012 19:21:54       Nicor Gas,   P.O. Box 416,
               Aurora, IL 60568-0001
19062782     +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Jun 22 2012 19:25:06       Office of the U.S. Trustee,
               219 S. Dearborn St.,   Room 873,   Chicago, IL 60604-2027
14045583      E-mail/Text: appebnmailbox@sprint.com Jun 22 2012 19:22:42       Nextel Communications,
               P.O. Box 4191,   Carol Stream, IL 60197
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14045561       Ingalls Occupation Health,    Provide
14045572       MEA-AEA, Llc,    Provide
14045585       Northside Trucking,    Provide
14045589       Plote Construction,    Provide
14045593       Superior Towing,    Provide
14045597       Verizon Wireless,    Provide
14045545*      Chicago Office Technology Group,    P.O. Box 5940,   Lock Box #20-COE001,   Carol Stream, IL 60197
14045578*     +Navistar Financial Corp.,   425 Martingale Rd., Ste. 1800,   Schaumburg, IL 60173-2216
14045579*     +Navistar Financial Corp.,   425 Martingale Rd., Ste. 1800,   Schaumburg, IL 60173-2216
14045580*     +Navistar Financial Corp.,   425 Martingale Rd., Ste. 1800,   Schaumburg, IL 60173-2216
14045581*     +Navistar Financial Corp.,   425 Martingale Rd., Ste. 1800,   Schaumburg, IL 60173-2216
14045582*     +Navistar Financial Corp.,   425 Martingale Rd., Ste. 1800,   Schaumburg, IL 60173-2216
19062783*     +Office of the U.S. Trustee,    219 S. Dearborn St.,   Room 873,   Chicago, IL 60604-2027
14098705*     +michael Silver & Co,    5750 Old Orchard Rd,   Ste 200,   Skokie IL 60077-4403
14045548    ##+Citi Capital,    P.O. Box 6229,   Carol Stream, IL 60197-6229
14045558    ##+Illiana Concrete Cutting, Inc.,    P.O. Box 187,   Frankfort, IL 60423-0187
                                                                                     TOTALS: 6, * 8, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: mrahmoun              Page 3 of 4              Date Rcvd: Jun 22, 2012
                              Form ID: pdf006            Total Noticed: 64
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jun 24, 2012**              **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: mrahmoun            Page 4 of 4             Date Rcvd: Jun 22, 2012
                              Form ID: pdf006          Total Noticed: 64
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 21, 2012 at the address(es) listed below:

          Aaron B Chapin    on behalf of Creditor   Colonial Pacific Leasing Corporation achapin@reedsmith.com
          Jack D. Ward    on behalf of Creditor   John Deere Construction & Forestry Company jdw@renozahm.com
          James M Philbrick    on behalf of Creditor   GMAC jmphilbrick@att.net
          Konstantine T. Sparagis    on behalf of Debtor   TJ Construction Services, Inc. gsparagi@yahoo.com,
          mark@atbankruptcy.com;gus@atbankruptcy.com;tim@atbankruptcy.com;ameyers@atbankruptcy.com;josietro
          ester@msn.com;gus@bestclientinc.com
          Michael G Berland    einstein829@earthlink.net,   IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Patrick T. Wallace    on behalf of Creditor   Laborers wallace.patrick@gmail.com,
          fundcounsel@gmail.com
          Timothy H. Spruce    on behalf of Debtor   TJ Construction Services, Inc. tim@atbankruptcy.com,
          yrodriguez@financialrelief.com;josefina@financialrelief.com;ana@financialrelief.com
                                                                                                                                                      TOTAL: 8