# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                          §
                                                §
TJ CONSTRUCTION SERVICES, INC.                  §        Case No. 09-21634
                                                §
          Debtor(s)                             §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                               Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:               Claims Discharged
                                                Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $                    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $                    from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on              .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/MICHAEL G. BERLAND

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| MICHAEL G. BERLAND | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| Gloria Longest | | | | | |
| American Auction Services | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Associate Area Counsel, SB/SE 200 West Adams Street Ste. 2300 Chicago, IL 60606 | | | | | |
| | D. Patrick Mullarkey, Tax Division PO Box 55 Ben Franklin Station Washington, DC 20044 | | | | | |
| | Illinois Department of Revenue Bankruptcy Section, Level 7-425 100 W. Randolph St. Chicago, IL 60601 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Mail Stop 5010 CHI 230 S. Dearborn Street Chicago, IL 60604 | | | | | |
| | Internal Revenue Service PO Box 21126 Philadelphia, PA 19114 | | | | | |
| | United States Attorney 219 S. Dearborn Street Chicago, IL 60604 | | | | | |
| 13 | LABORERS PENSION & WELFARE FUND | | | | | |
| 2P | MIDWEST OPERATING ENGINEERS PENSION | | | | | |
| 3P | MIDWEST OPERATING ENGINEERS RETIREM | | | | | |
| 1P | MIDWEST OPERATING ENGINEERS WELFARE | | | | | |
| 4P | OPERATING ENGINEERS LOCAL 150 APPRE | | | | | |
| 8P | DEPARTMENT OF THE TREASURY | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8P-2 | DEPARTMENT OF THE TREASURY | | | | | |
| 15P | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT & T Midwest Regional Facilities 909 Chestnut St., RM 39N13 Saint Louis, MO 63101 | | | | | |
| | AT&T P.O. Box 8100 Aurora, IL 60507 | | | | | |
| | Airgas North Central 2220 W. Jefferson Joliet, IL 60435 | | | | | |
| | Allied Nursery 3197 S. Chicago St. Joliet, IL 60436 | | | | | |
| | Aramark 4200 S. Halsted Ste. 603 Chicago, IL 60609 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Baum, Sigman, Auerbach & Neuman 200 W. Adams St. Ste. 2200 Chicago, IL 60606 | | | | | |
| | C Beyond 320 Interstate North Pkwy. Atlanta, GA 30339 | | | | | |
| | Chicago Office Technology Group P.O. Box 5940 Lock Box #20-COE001 Carol Stream, IL 60197 | | | | | |
| | Chicago Street CCDD, LLC 1127 S. Chicago St. Joliet, IL 60436 | | | | | |
| | Chicago Tire, Inc. 16001 S. VanDrunen Rd. South Holland, IL 60473 | | | | | |
| | Citi Capital P.O. Box 6229 Carol Stream, IL 60197 | | | | | |
| | ComED Bill Payment Center Joliet, IL 60433 | | | | | |
| | DeGroate Petroleum Service, Inc. 441 DeGroate Rd. New Lenox, IL 60451 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dee N Dee Trucking 9940 Clow Creek Rd. Plainfield, IL 60544 | | | | | |
| | Filter Renu of IL, Inc. 375 S. Locust St. Manteno, IL 60950 | | | | | |
| | Gas City, Ltd. 100 W. Oakley Ave. P.O. Box 85 Lowell, IN 46356 | | | | | |
| | I-Swan Advanced Proprietary Systems 13055 W. Pauling Rd. Manhattan, IL 60442 | | | | | |
| | Illiana Concrete Cutting, Inc. P.O. Box 187 Frankfort, IL 60423 | | | | | |
| | Illinois Tollway 2700 Ogden Avenue Downers Grove, IL 60515 | | | | | |
| | Ingalls Occupation Health Provide | | | | | |
| | Ingersol Rand Financial Svcs. P.O. Box 6229 Carol Stream, IL 60197 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Iowa Mutual Group 509 Ninth St. De Witt, IA 52742 | | | | | |
| | Irvin Tractor Service, Inc. 11601 S. Ridgeland Ave. Alsip, IL 60803 | | | | | |
| | John Deere Credit P.O. Box 4450 Carol Stream, IL 60197 | | | | | |
| | Laborers District Council 999 McClintock Dr. Ste. 300 Willowbrook, IL 60527 | | | | | |
| | Laborers Pension & Welfare Fund 1111 W. Jackson Blvd., Ste. 1415 Chicago, IL 60604 | | | | | |
| | M.E.E., Inc. P.O. Box 812 Frankfort, IL 60423 | | | | | |
| | M.O.E. Fringe Benefit Fund 6150 Joliet Rd. La Grange, IL 60525 | | | | | |
| | MEA-AEA, Llc Provide | | | | | |
| | Michael Silver & Co. 5750 Old Orchard Rd. Ste. 200 Skokie, IL 60077 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Miller Hydraulic Service, Inc. P.O. Box 422 Manteno, IL 60950 | | | | | |
| | Napa Auto Parts 1110 E. Haven Unit #1 New Lenox, IL 60451 | | | | | |
| | Navistar Financial Corp. 425 Martingale Rd., Ste. 1800 Schaumburg, IL 60173 | | | | | |
| | Navistar Financial Corp. 425 Martingale Rd., Ste. 1800 Schaumburg, IL 60173 | | | | | |
| | Navistar Financial Corp. 425 Martingale Rd., Ste. 1800 Schaumburg, IL 60173 | | | | | |
| | Navistar Financial Corp. 425 Martingale Rd., Ste. 1800 Schaumburg, IL 60173 | | | | | |
| | Navistar Financial Corp. 425 Martingale Rd., Ste. 1800 Schaumburg, IL 60173 | | | | | |
| | Navistar Financial Corp. 425 Martingale Rd., Ste. 1800 Schaumburg, IL 60173 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nextel Communications P.O. Box 4191 Carol Stream, IL 60197 | | | | | |
| | Nicor Gas P.O. Box 416 Aurora, IL 60568 | | | | | |
| | Northside Trucking Provide | | | | | |
| | Office of Fund Counsel c/o Patrick Wallace 111 W. Jackson Blvd., Ste. 1415 Chicago, IL 60604 | | | | | |
| | Patten Industries 635 W. Lake St. Elmhurst, IL 60126 | | | | | |
| | Pitney Bowes 2115 Stanley Gault Pkwy. Louisville, KY 40223 | | | | | |
| | Plote Construction Provide | | | | | |
| | Reliance Accounting 11516 W. 183rd. St. Unit. NW Orland Park, IL 60467 | | | | | |
| | Stony Tire, Inc. 19870 Stoney Island Ave. Chicago Heights, IL 60411 | | | | | |
| | Superior Towing Provide | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Taylor Bros. Construction Co., Inc. 4555 Middle Rd. Columbus, IN 47203 | | | | | |
| | Vandal Survey Systems, Inc. 1204 W. Jefferson St. Joliet, IL 60435 | | | | | |
| | Verizon Wireless Provide | | | | | |
| | Vulcan Construction Materials 14999 Collections Dr. Chicago, IL 60693 | | | | | |
| 11 | COLONIAL PACIFIC LEASING CORPORATIO | | | | | |
| 8U | DEPARTMENT OF THE TREASURY | | | | | |
| 8U-2 | DEPARTMENT OF THE TREASURY | | | | | |
| 10 | GENERAL ELECTRIC CAPITAL CORP | | | | | |
| 12 | HANSON AGGREGATES, INC. | | | | | |
| 5 | I.U.O.E. LOCAL 150 VACATION SAVINGS | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | M.O.E. CONSTRUCTION INDUSTRY RESEAR | | | | | |
| 2U | MIDWEST OPERATING ENGINEERS PENSION | | | | | |
| 3U | MIDWEST OPERATING ENGINEERS RETIREM | | | | | |
| 1U | MIDWEST OPERATING ENGINEERS WELFARE | | | | | |
| 9 | NAVISTAR FINANCIAL CORP. | | | | | |
| 4U | OPERATING ENGINEERS LOCAL 150 APPRE | | | | | |
| 7 | SUNSET LOGISTICS, LLC | | | | | |
| 15U | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| 14 | JOHN DEERE CONSTRUCTION & FORESTRY | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:   1

Exhibit 8

| Case No: | 09-21634 | BL | Judge: Bruce W. Black |
|---|---|---|---|
| Case Name: | TJ CONSTRUCTION SERVICES, INC. | | |

For Period Ending:  10/08/12

| Trustee Name: | MICHAEL G. BERLAND |
|---|---|
| Date Filed (f) or Converted (c): | 06/15/09 (f) |
| 341(a) Meeting Date: | 08/10/09 |
| Claims Bar Date: | 10/16/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Checking-Suburban Trust-scheduled | 800.00 | 753.75 | | 1,553.75 | FA |
| 2. Checking-Great Lakes-scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 3. CD-Great Lakes - for City Of Chicago-scheduled | 25,000.00 | 0.00 | | 25,463.81 | FA |
| 4. 9 vehicles-scheduled | 87,000.00 | 34,900.00 | | 34,900.00 | FA |
| The debtor listed the following vehicles 1998 Dodge-$4000; Bobko<br>trailer-$4500; 1991 Lowboy Trailer-$11,500; 2002 Tag Trailer-$5000;<br>1998 Service truck-$25,000;1996 Dodge Ram-$1000; 1991<br>Kenworth-$10,000;2006,1998 Mac trailer  Dump truck(amended<br>shcedules) | | | | | |
| 5. Miscellenous desks, chairs etc-schedueld | 1,000.00 | 0.00 | | 0.00 | FA |
| trustee's auctioneer determined this asset had no vlaaue and could not be<br>auctioneed. | | | | | |
| 6. Ricoh Printer-scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 7. Estimated accounts receivablesscheduled | 42,616.00 | 15,563.10 | | 15,563.10 | FA |
| All uncollected accoutns receivabels are abandoned at closing | | | | | |
| 8. Insurance cancellation premium-unscheduled (u) | 1,306.00 | 1,306.00 | | 4,591.85 | FA |
| 9. 2006 Chevrolet Silverado-scheduled | 16,000.00 | 8,904.84 | | 8,904.84 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 69.23 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $173,722.00 | $61,427.69 | | $91,046.58 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee filed a Motion to Employ Auctioneer And To Hold A Public Auction Sale and the sale was hlred. The Trustee

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 09-21634    BL    Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | TJ CONSTRUCTION SERVICES, INC. | Date Filed (f) or Converted (c): | 06/15/09 (f) |
| | | 341(a) Meeting Date: | 08/10/09 |
| | | Claims Bar Date: | 10/16/09 |

has employed an accountant to file tax returns. Tax returns have been filed. The Trsutee will file his Final Repport in 2012

Initial Projected Date of Final Report (TFR): 12/31/09        Current Projected Date of Final Report (TFR): 12/31/12

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*

Ver: 17.00

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    1

Exhibit 9

| Case No: | 09-21634  -BL | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | TJ CONSTRUCTION SERVICES, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******6065  Money Market Account |
| Taxpayer ID No: | *******2474 | | | |
| For Period Ending: | 10/08/12 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312225506065 | Wire in from JPMorgan Chase Bank, N.A. account 312225506065 | 9999-000 | 79,704.83 | | 79,704.83 |
| 04/12/10 | 9 | GMAC | Surplus from GMAC over lien from auctoin sale DEPOSIT CHECK #286798 | 1129-000 | 8,904.84 | | 88,609.67 |
| 04/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 4.12 | | 88,613.79 |
| 05/28/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 5.27 | | 88,619.06 |
| 06/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 5.10 | | 88,624.16 |
| 07/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 5.27 | | 88,629.43 |
| 08/31/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 5.26 | | 88,634.69 |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 2.18 | | 88,636.87 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 2.25 | | 88,639.12 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 2.18 | | 88,641.30 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 2.25 | | 88,643.55 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 2.25 | | 88,645.80 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 2.04 | | 88,647.84 |
| 03/22/11 | 011002 | Gloria Longest | Payment of accountant per court order | 3410-000 | | 500.00 | 88,147.84 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 2.25 | | 88,150.09 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 2.17 | | 88,152.26 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 2.24 | | 88,154.50 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.72 | | 88,155.22 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.74 | | 88,155.96 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.74 | | 88,156.70 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 205.30 | 87,951.40 |
| 09/07/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -175.11 | 88,126.51 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.72 | | 88,127.23 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 181.00 | 87,946.23 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.74 | | 87,946.97 |

| | | | Page Subtotals | | 88,658.16 | 711.19 | |

Ver: 17.00

FORM 2                                                                    Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-21634 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | TJ CONSTRUCTION SERVICES, INC. | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******6065  Money Market Account |
| Taxpayer ID No: | *******2474 | | |
| For Period Ending: | 10/08/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 174.69 | 87,772.28 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.72 | | 87,773.00 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 192.40 | 87,580.60 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.74 | | 87,581.34 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 179.95 | 87,401.39 |
| 01/03/12 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -179.95 | 87,581.34 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.57 | | 87,581.91 |
| 01/25/12 | | Transfer to Acct #*******5007 | Bank Funds Transfer | 9999-000 | | 87,581.91 | 0.00 |

|  | COLUMN TOTALS | 88,660.19 | 88,660.19 | 0.00 |
|---|---|---|---|---|
| | Less:  Bank Transfers/CD's | 79,704.83 | 87,581.91 | |
| | Subtotal | 8,955.36 | 1,078.28 | |
| | Less:  Payments to Debtors | | 0.00 | |
| | Net | 8,955.36 | 1,078.28 | |

Page Subtotals                    2.03              87,949.00

Ver: 17.00

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 18)

FORM 2                                                                                      Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                          Exhibit 9

| Case No: | 09-21634 -BL | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | TJ CONSTRUCTION SERVICES, INC. | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******6066  Checking Account |
| Taxpayer ID No: | *******2474 | | |
| For Period Ending: | 10/08/12 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals                                      0.00                     0.00

Ver: 17.00

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 19)*

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-21634 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | TJ CONSTRUCTION SERVICES, INC. | | Bank Name: | JPMorgan Chase Bank, N.A. |
| | | | Account Number / CD #: | *******6065  Money Market Account |
| Taxpayer ID No: | *******2474 | | | |
| For Period Ending: | 10/08/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/20/09 | 4 | American Auction Associates | Gross auction proceeds | 1129-000 | 34,900.00 | | 34,900.00 |
| | | | DEPOSIT CHECK #4422 | | | | |
| 08/20/09 | 1 | Suburban Bank & Trust | Close out of account | 1129-000 | 1,553.75 | | 36,453.75 |
| | | | DEPOSIT CHECK #2025 | | | | |
| 08/20/09 | 8 | Iowa Mutual Insurance | Bond cancellation preimium | 1229-000 | 1,306.00 | | 37,759.75 |
| 08/20/09 | 7 | Novak Construction | Payment of A/R | 1121-000 | 5,268.60 | | 43,028.35 |
| | | | DEPOSIT CHECK #132977 | | | | |
| 08/20/09 | 7 | Citibank | Payment of credit balance | 1121-000 | 13.91 | | 43,042.26 |
| | | | DEPOSIT CHECK #7860004181 | | | | |
| 08/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.46 | | 43,042.72 |
| 09/08/09 | 7 | Guarantee Interiors | Payment of account receivable | 1121-000 | 8,148.59 | | 51,191.31 |
| | | | DEPOSIT CHECK #7994 | | | | |
| 09/08/09 | 7 | Chicago Title & Trust | Payment of Trapani account receivable | 1121-000 | 2,132.00 | | 53,323.31 |
| | | | DEPOSIT CHECK #970703234 | | | | |
| 09/14/09 | 001001 | American Auction Services | Payment of auctioneer expenses | 3620-000 | | 2,386.39 | 50,936.92 |
| 09/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.01 | | 50,938.93 |
| 10/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.07 | | 50,941.00 |
| 11/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.14 | | 50,943.14 |
| 12/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.14 | | 50,945.28 |
| 01/07/10 | 3 | Great lakes Bank of Choice | Return of bond with City Of Chicago | 1129-000 | 25,463.81 | | 76,409.09 |
| | | | DEPOSIT CHECK #72585 | | | | |
| 01/07/10 | 8 | Iowa Mutual Insurance Company | Return of insurance preimium | 1229-000 | 3,285.85 | | 79,694.94 |
| | | | DEPOSIT CHECK #15347 | | | | |
| 01/29/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.75 | | 79,697.69 |
| 02/26/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.03 | | 79,700.72 |
| 03/31/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.57 | | 79,704.29 |
| 04/06/10 | INT | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.54 | | 79,704.83 |
| | | | JPMORGAN CHASE BANK, N.A. | | | | |

| | | Page Subtotals | | | 82,091.22 | 2,386.39 | |

Ver: 17.00

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 20)*

FORM 2                                                                Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:        09-21634  -BL                    Trustee Name:        MICHAEL G. BERLAND
Case Name:      TJ CONSTRUCTION SERVICES, INC.   Bank Name:           JPMorgan Chase Bank, N.A.
                                                 Account Number / CD #:   *******6065  Money Market Account
Taxpayer ID No:  *******2474
For Period Ending:  10/08/12                      Blanket Bond (per case limit):  $  5,000,000.00
                                                 Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/06/10 | | Wire out to BNYM account 000225506065 | Wire out to BNYM account 000225506065 | 9999-000 | | 79,704.83 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 82,091.22 | 82,091.22 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 82,091.22 | 82,091.22 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 82,091.22 | 82,091.22 | |

Page Subtotals           0.00            79,704.83

Ver: 17.00

FORM 2                                                                                                          Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                         Exhibit 9

Case No:           09-21634  -BL                      Trustee Name:           MICHAEL G. BERLAND
Case Name:         TJ CONSTRUCTION SERVICES, INC.     Bank Name:              JPMorgan Chase Bank, N.A.
                                                      Account Number / CD #:  *******6066  Checking Account
Taxpayer ID No:    *******2474
For Period Ending: 10/08/12                           Blanket Bond (per case limit):  $  5,000,000.00
                                                      Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 |
| Subtotal | 0.00 | 0.00 |
| Less:  Payments to Debtors | | 0.00 |
| Net | 0.00 | 0.00 |

Page Subtotals                        0.00                  0.00

LFORM24                                                                                                     Ver: 17.00

**UST Form 101-7-TDR (5/1/2011)** *(Page: 22)*

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 7

Exhibit 9

Case No: 09-21634 -BL
Case Name: TJ CONSTRUCTION SERVICES, INC.

Taxpayer ID No: *******2474
For Period Ending: 10/08/12

Trustee Name: MICHAEL G. BERLAND
Bank Name: Congressional Bank
Account Number / CD #: *******5007 Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******6065 | Bank Funds Transfer | 9999-000 | 87,581.91 | | 87,581.91 |
| 07/30/12 | 001001 | MICHAEL G. BERLAND 1 NORTH LASALLE STREET STE 1775 CHICAGO, IL 60602 | Trustee Expenses | 2200-000 | | 210.19 | 87,371.72 |
| 07/30/12 | 001002 | MICHAEL G. BERLAND 1 NORTH LASALLE STREET STE 1775 CHICAGO, IL 60602 | Trustee Compensation | 2100-000 | | 7,802.26 | 79,569.46 |
| 07/30/12 | 001003 | Midwest Operating Engineers Welfare Fund c/o Jennifer L. Dunitz-Geiringer/Baum Si 200 W. Adams Street, Suite 2200 Chicago, IL 60606-5231 | Claim 1P, Payment 100.00000% | 5400-000 | | 12,420.00 | 67,149.46 |
| 07/30/12 | 001004 | Midwest Operating Engineers Pension Trust Fund c/o Jennifer L. Dunitz-Geiringer/Baum Si 200 W. Adams Street, Suite 2200 Chicago, IL 60606-5231 | Claim 2P, Payment 100.00000% | 5400-000 | | 7,860.00 | 59,289.46 |
| 07/30/12 | 001005 | Midwest Operating Engineers Retirement Enhancement c/o Jennifer L. Dunitz-Geiringer/Baum Si 200 W. Adams Street, Suite 2200 Chicago, IL 60606-5231 | Claim 3P, Payment 100.00000% | 5400-000 | | 600.00 | 58,689.46 |
| 07/30/12 | 001006 | Operating Engineers Local 150 Apprenticeship c/o Jennifer L. Dunitz-Geiringer/Baum Si 200 W. Adams Street, Suite 2200 Chicago, IL 60606-5231 | Claim 4P, Payment 100.00000% | 5400-000 | | 1,200.00 | 57,489.46 |
| 07/30/12 | 001007 | Laborers Pension & Welfare Fund 1111 W. Jackson Blvd., Ste. 1415 Chicago, IL 60604 | Claim 13, Payment 100.00000% | 5400-000 | | 18,513.33 | 38,976.13 |

Page Subtotals  87,581.91  48,605.78

Ver: 17.00

LFORM24
UST Form 101-7-TDR (5/1/2011) *(Page: 23)*

FORM 2                                                                                          Page:   8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                              Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-21634  -BL | |
| Case Name: | TJ CONSTRUCTION SERVICES, INC. | |

Trustee Name:           MICHAEL G. BERLAND
Bank Name:              Congressional Bank
Account Number / CD #:   *******5007  Checking Account

Taxpayer ID No:    *******2474
For Period Ending:  10/08/12

Blanket Bond (per case limit):   $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/30/12 | 001008 | Department Of The Treasury<br>Internal Revenue Service<br>POB 7346<br>Phailadelphia, PA  19101-7346 | Claim 8P-2, Payment 24.65324% | 5800-000 | | 37,839.58 | 1,136.55 |
| 07/30/12 | 001009 | Illinois Department of Employment Security<br>33 South State Street<br>Attn: Bankruptcy Unit - 10th flr.<br>Chicago, IL  60603 | Claim 15P, Payment 24.65326% | 5800-000 | | 1,136.55 | 0.00 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | 87,581.91 | 87,581.91 | 0.00 |
| Less:  Bank Transfers/CD's | 87,581.91 | 0.00 | |
| Subtotal | 0.00 | 87,581.91 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 87,581.91 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - *******6065 | 8,955.36 | 1,078.28 | 0.00 |
| Checking Account - *******6066 | 0.00 | 0.00 | 0.00 |
| Money Market Account - *******6065 | 82,091.22 | 82,091.22 | 0.00 |
| Checking Account - *******6066 | 0.00 | 0.00 | 0.00 |
| Checking Account - *******5007 | 0.00 | 87,581.91 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 91,046.58 | 170,751.41 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                                    0.00            38,976.13

Ver: 17.00

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 24)*